FILED

MAY 13 2008

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08cr1531-JLS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Misdemeanor); |
| JOSE GUADALUPE MORALES-AMBRIZ, | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about  11-6-07 , within the Southern District of California, defendant JOSE GUADALUPE MORALES-AMBRIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:mg:San Diego
4/21/08

<u>Count 2</u>

On or about November 16, 2007, within the Southern District of California, defendant JOSE GUADALUPE MORALES-AMBRIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 5/13/08.

KAREN P. HEWITT
United States Attorney

/s/ W. MARK CONOVER
Assistant U.S. Attorney