AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE GUADALUPE MORALES-AMBRIZ | CASE NUMBER: 08cr1531-JLS |

I, <u>JOSE GUADALUPE MORALES-AMBRIZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose G Morales Ambriz
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY